IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRIAN ELLIOT CHARLES                                                                        PLAINTIFF

           v.                            Civil No. 06-1008

CLAVEDEE DAVIS; LT. JANET
DELANEY; MONROE HIGHT; SHERIFF
CALVIN KNIGHTON; NURSE
PAULA MANESS; OFFICER NILSON;
JASHON PYE; CAPTAIN VICTOR
REYNOLDS; and JOHN SMITH
                                                                                             DEFENDANTS

## ORDER

On October 5, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 30). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on July 17, 2006. To date, defendants state they have not received plaintiff's responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on November 10, 2006.**

Defendants also filed a motion for an extension of time to file their court ordered summary judgment on October 5, 2006 (Doc. 32). In their motion for an extension of time, defendants indicate they need the discovery responses from the plaintiff in order to prepare their

summary judgment motion.

The motion for an extension of time is granted. Defendants are given until **December 8, 2006**, to file their summary judgment motion. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 30th day of October 2006.

                                                /s/ Harry F. Barnes
                                                  HON. HARRY F. BARNES
                                                  UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)