IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRIAN ELLIOT CHARLES                                                                    PLAINTIFF

VS.                                           CASE NO. 06-CV-1008

CLAVEDEE DAVIS; LT. JANIT
DELANEY; MONROW HEIGHT;
SHERIFF CALVIN KNIGHTON;
NURSE PAULA MANESS; OFFICER
NILSON; JaSHON PYE; CAPTAIN
VICTOR REYNOLDS; JOHN SMITH                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 14, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 47). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion for Summary Judgment should be and hereby is **granted**. The Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED, this 30th day of August, 2007.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge